John McCann and Theodore Kauffeld, as Executors, etc., Respondents, v. James Sullivan, Appellant, Impleaded with Others, Respondents.— Order modified so as to provide that the taxable costs and disbursements of the various guardians ad litem shall be payable out of the estate. Any application to be made by the defendants other than the infants must be made separately. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Anton V. Schweitzer, Respondent, v. Hamburg-Amerikanische Packet-farht Actien Gesellschaft, Appellant.— Motion to resettle order granted, provided the case be not brought on by the plaintiff for trial before the October term, 1912. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ. Resettle order before Mr. Justice Carr.

William Schweizer and Another, Respondents, v. William P. Hickok and Others, Defendants. Lilias R. Hickok, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Sarah J. Trieber, as Executrix, etc., Respondent, v. New York and Queens County Railway Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Walter L. Benn, Appellant, v. Harry H. Greenburg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Hobart S. Bird, Appellant, v. New York, Ontario and Western Railroad Company, Respondent, Impleaded with Antonio Lacatena, Defendant.— Order denying motion for reargument affirmed, without costs; and order directing the trial of the action at Special Term reversed, without costs, upon the ground that the complaint does not state a cause of action in equity, as both parties concede that the plaintiff has no enforcible lien, but the court expresses no opinion as to the sufficiency of the complaint in an action of law. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Samuel Broadbent, Respondent, v. The New York Evening Journal Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

---

* General Rules of Practice, rule 43.— [REP.